PER CURIAM.
Affirmed. See Bonner v. RCC Assocs., Inc., 679 So.2d 794 (Fla. 3d DCA 1996); Concrete Design Structures, Inc. v. P.L. Dodge Found., Inc., 532 So.2d 1334 (Fla. 3d DCA 1988); Coral 97 Assocs., Ltd. v. Chino Elec., Inc., 501 So.2d 69 (Fla. 3d DCA 1987); Maguire v. King, 917 So.2d 263 (Fla. 5th DCA 2005); Kaplan v. Kimball Hill Homes Fla., Inc., 915 So.2d 755 (Fla. 2d DCA 2005), review denied, 929 So.2d 1053 (Fla.2006); Ronbeck Constr. Co. v. Savanna Club Corp., 592 So.2d 344 (Fla. 4th DCA 1992).